

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BRANDON GARRETT )  Case No. CV 09-04890-SJO (MLG)
)
    Petitioner, )  JUDGMENT
)
    v. )
)
JOHN MARSHALL, Warden, )
)
    Respondent. )
_____ )

IT IS ADJUDGED that the petition is denied with prejudice.

Dated:   October 20, 2009

*S. James Otero*

S. James Otero
United States District Judge

